**Order filed February 2, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00813-CV
_____

**GABRIEL VASQUEZ, Appellant**

**V.**

**AT&T ADVERTISING, L.P. D/B/A AT&T YELLOW PAGES, Appellee**

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 960357**

---

## ORDER

The reporter's record in this case was originally due **October 10, 2011**.   *See* Tex. R. App. P. 35.1.   **Laura Cutherell** has not filed an extension of time to file the record.   The record has not been filed with the court.   We therefore issue the following order.

We order **Laura Cutherell** to file the record in this appeal **within 30 days of the date of this order.**   If **Laura Cutherell** does not timely file the record as ordered, the court may issue a show cause order directing her to appear before this court on a date certain to show cause why she should not be held in contempt for failing to file the record as ordered.   Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM